UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ANDREW DIXON #17813-021** | **CASE NO.  2:21-CV-01943 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **S MA'AT** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

Upon consideration of the Report and Recommendation [doc. 9] of the Magistrate Judge and the objections filed by petitioner, and after a de novo review of the record, the court finds that the Report and Recommendation is correct under applicable law except for the fact that the complaint should be dismissed **without** prejudice based on the finding of no jurisdiction. *Pack v. Yusuff*, 218 F.3d 448, 454 (5th Cir. 2000).  Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 9] be **ADOPTED** and that all claims in this matter be **DISMISSED WITH PREJUDICE** as to the jurisdictional issues only and **WITHOUT PREJUDICE** as to the merits.

**THUS DONE AND SIGNED** in Chambers on this 17th day of February, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**